September 30, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

LUCA DONA, Appellant

NO. 14-14-00218-CV                    V.

WAYNE MARTIN, MOSAIC MASTER CONDOMINIUM ASSOCIATION,
INC. AND PCMC, INC. D/B/A PREMIER COMMUNITIES MANAGEMENT
COMPANY, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 16, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Luca Dona.

We further order this decision certified below for observance.